UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20 MJ 8079 SRW |
| TRAVELL ANTHONY HILL, | ) ) ) | |
| Defendant. | ) | |

## ORDER

On motion of the United States of America, IT IS HEREBY ORDERED that the complaint, along with its affidavit, and arrest warrant, and this Order issued thereto, be sealed.

This Order is based upon the sealed motion of the Government establishing that: (a) the government has a compelling interest in sealing the documents in question which outweighs the public's qualified First Amendment right of access to review those documents; and (b) no less restrictive alternative to sealing is appropriate or practical.

_____
STEPHEN R. WELBY
United States Magistrate Judge

Dated this 3rd day of November, 2020.