UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:20-CR-00418-JAR (NAB) ) |
| TRAVELL ANTHONY HILL, | ) ) |
| Defendant. | ) |

**GOVERNMENT'S NOTICE OF CAPITAL CRIMES REVIEW STATUS**

COMES NOW the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Angie E. Danis and Gwendolyn E. Carroll, Assistant United States Attorneys for said district, and respectfully informs this Court that on or about February 19, 2021, the Acting Attorney General authorized and directed the United States Attorney's Office for the Eastern District of Missouri not to seek the death penalty against defendant Travell Anthony Hill.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

*/s/ Angie E. Danis*
ANGIE E. DANIS, #64805MO
GWENDOLYN E. CARROLL, #4657003NY
Assistant United States Attorneys
111 South 10th Street, Room 20.333
St. Louis, MO 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

      I hereby certify that on February 19, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

                                            */s/ Angie E. Danis*
                                            ANGIE E. DANIS, #64805MO
                                            GWENDOLYN E. CARROLL, #4657003NY
                                            Assistant United States Attorneys