IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | No: 4:20-CR-00418 (JAR)(NAB) |
| ) | |
| TRAVELL ANTHONY HILL   ) | |
| ) | |
| Defendant.   ) | |

<u>MOTION TO CONTINUE SENTENCING</u>

Comes Now Defendant, Travell A. Hill by and though his attorney, Peter M. Cohen, and respectfully requests that the sentencing be reset in this matter. In support, Defendant states:

1. Sentencing is presently set for September 20, 2022.

2. Counsel needs additional time to review the presentence report with his client and to prepare for the sentencing hearing.

3. Counsel has consulted AUSA Angie Danis and she does not oppose a continuance.

WHEREFORE, Defendant respectfully requests this Honorable Court continue the sentencing for 30 days in this matter.

Respectfully submitted,

 /s/ Peter M. Cohen
PETER M. COHEN  # 38391
2734 Lafayette
St. Louis, MO 63104
(314) 762-0070
(314) 772-3604 Fax
petecohen@sbcglobal.net

<u>CERTIFICATE OF SERVICE</u>

      A copy of the foregoing was via ECF filed electronically on this 14th day of September, 2022 to:  Angela Danis, Assistant United States Attorney.

                                                 <u>/s/ Peter M. Cohen</u>
                                                 Attorney at Law