IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No: 4:20-CR-00418 (JAR)(NAB) |
| ) | |
| TRAVELL ANTHONY HILL ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEAL

Party taking the appeal:  Travell Anthony Hill

Judgment appealed from:  Judgment in a Criminal Case

Date of Judgment or order appealed from:  October 20, 2022

Sentence:   384 months

Court to which the appeal is taken:   United States Court of Appeals, Eighth Circuit,
111 So. 10th St., 24th Fl
St. Louis, Missouri 63102

Respectfully submitted:

 /s/ Peter M. Cohen
PETER M. COHEN  #38391
Attorney for Travell Hill
2734 Lafayette
St. Louis, MO 63104
(314) 762-0070
(314) 772-3604 Fax
petecohen@sbcglobal.net

CERTIFICATE OF SERVICE

A copy of the foregoing was via the court's ECF system on this 27th day of October, 2012 to:  Angela Danis, Assistant United States Attorney, 111 South 10th St., Room 20.333, St. Louis, MO 63102.

 /s/ Peter M. Cohen
Attorney at Law